UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRIAN WASHINGTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1287** |
| **CAPTAIN GALLOWAY, ET AL.** | **SECTION "B"(5)** |

**ORDER**

The Court, having considered the complaint, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED** as malicious pursuant to 28 U.S.C. §§1915(e)(2)(B)(i) and 1915A(b)(1). **IT IS FURTHER ORDERED** that plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** to their prosecution in his duplicative civil actions currently pending in this Court.

New Orleans, Louisiana, this 22nd day of August 2025.

_____
**IVAN L. R. LEMELLE
SENIOR UNITED STATES DISTRICT JUDGE**